ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN 25 2024

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

| UNITED STATES OF AMERICA | Criminal Indictment |
|---|---|
| v. | No. 1:24CR-0211 |
| RODNEY L. PARKER | |

THE GRAND JURY CHARGES THAT:

### Counts 1 Through 25
### Bank Fraud

1. Beginning in or about December 2020 and continuing through at least in or about June 2021, in the Northern District of Georgia, the defendant, RODNEY L. PARKER, did knowingly execute and attempt to execute a scheme and artifice to defraud First Citizens Bank, a financial institution the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain moneys, funds, credits, assets, and other property owned by and under the custody and control of that financial institution, by means of materially false and fraudulent pretenses, representations, and promises, as well as by omission of material facts.

### Background

At all times relevant to the Indictment:

2. Pye Barker Fire & Safety was a company that provided fire protection services and equipment. It was headquartered in Alpharetta, Georgia.

3. First Citizens Bank was a financial institution that was insured by the Federal Deposit Insurance Corporation.

4. In or about January 2020, defendant PARKER was hired by Pye Barker Fire & Safety to work in its accounts receivable department.

## Scheme to Defraud

5. In or about November 2020, defendant PARKER was assigned to a special project to apply customer payments to customer accounts.

6. Defendant PARKER was one of a limited number of employees who had access to Pye Barker Fire & Safety's lock box, which is where customers mailed their checks to make payments.

7. On or about December 3, 2020, defendant PARKER opened a bank account at First Citizens Bank, listing the account owner as "Rodney L Parker dba Pye Barker." He fraudulently identified it as a sole proprietorship. The account number ended in 2079.

8. Defendant PARKER stole checks made payable to Pye Barker Fire & Safety from the lock box and deposited them in his First Citizens Bank account after fraudulently endorsing the checks as Pye Barker.

9. In total, defendant PARKER stole checks worth over $150,000 and fraudulently deposited them into his account at First Citizens Bank.

10. Defendant PARKER used this money for personal expenses, including spending over $80,000 at casinos in North Carolina, Nevada, Louisiana, Colorado, Oklahoma, and New Jersey.

### Execution of the Scheme to Defraud

11. On or about each date listed below, in the Northern District of Georgia, for the purpose of executing the scheme and artifice to defraud and to obtain money under the custody and control of a financial institution, the defendant, RODNEY L. PARKER, deposited and caused the checks identified below to be deposited, in the amount listed below, into the First Citizens Bank account ending in 2079:

| Count | Date | Description |
|---|---|---|
| 1 | Dec. 15, 2020 | Three checks in the amounts of $479.93 (check 6483), $420.00 (check 1137), and $295.28 (check 10637), totaling $1,195.21 |
| 2 | Dec. 18, 2020 | Three checks in the amounts of $3,498.00 (check 3668), $383.43 (check 14871), and $184.49 (check 15525), totaling $4,065.92 |
| 3 | Jan. 4, 2021 | Two checks in the amounts of $4,176.05 (check 22552) and $873.38 (check 6434), totaling $5,049.43 |
| 4 | Jan. 28, 2021 | Check 2776796 in the amount of $1,074.90 |
| 5 | Feb. 18, 2021 | Check 8126 in the amount of $2,261.25 |
| 6 | Feb. 26, 2021 | Check 7202333 in the amount of $5,046.62 |
| 7 | Mar. 5, 2021 | Check 43708 in the amount of $2,686.38 |
| 8 | Mar. 8, 2021 | Check 2688 in the amount of $2,739.95 |
| 9 | Mar. 19, 2021 | Check 1437 in the amount of $7,070.30 |
| 10 | Apr. 12, 2021 | Check 34821 in the amount of $2,623.77 |
| 11 | Apr. 22, 2021 | Check 6636 in the amount of $2,227.51 |
| 12 | May 11, 2021 | Check 6256 in the amount of $3,360.00 |
| 13 | May 17, 2021 | Check 4138 in the amount of $2,028.40 |
| 14 | May 17, 2021 | Check 25277 in the amount of $3,554.92 |

| Count | Date | Description |
|---|---|---|
| 15 | May 20, 2021 | Check 63068 in the amount of $3,160.00 |
| 16 | May 21, 2021 | Check 35017 in the amount of $2,535.41 |
| 17 | May 24, 2021 | Check 632 in the amount of $2,332.65 |
| 18 | June 1, 2021 | Check 15167 in the amount of $3,168.08 |
| 19 | June 3, 2021 | Check 68593 in the amount of $3,032.75 |
| 20 | June 7, 2021 | Check 34387 in the amount of $2,999.24 |
| 21 | June 9, 2021 | Check 91212 in the amount of $4,117.36 |
| 22 | June 10, 2021 | Check 4706 in the amount of $3,830.00 |
| 23 | June 22, 2021 | Two checks in the amounts of $3,666.81 (check 9041) and $1,358.83 (check 208153), totaling $5,025.64 |
| 24 | June 28, 2021 | Two checks in the amounts of $2,138.57 (check 707579) and $2,121.32 (check 135913), totaling $4,259.89 |
| 25 | June 30, 2021 | Two checks in the amounts of $2,995.04 (check 544499) and $1,839.95 (check 945422), totaling $4,834.99 |

All in violation of Title 18, United States Code, Section 1344.

## Count 26
## False Statement to a Federally Insured Institution

12. The Grand Jury hereby realleges and incorporates by reference the factual allegations in paragraphs 2 through 10 of this Indictment as if the same were fully set forth herein.

13. On or about December 3, 2020, in the Northern District of Georgia, the defendant, RODNEY L. PARKER, knowingly made a false statement for the purpose of influencing the actions of First Citizens Bank, a financial institution the accounts of which were insured by the Federal Deposit Insurance Corporation, in an application, advance, commitment, and loan, and any change and extension thereof, by submitting an account signature card for a bank

account that listed the owner as Rodney L Parker dba Pye Barker, when in fact defendant PARKER did not operate Pye Barker.

All in violation of Title 18, United States Code, Section 1014.

## Forfeiture

14. Upon conviction of one or more of the offenses alleged in Counts One through Twenty-Six of this Indictment, the defendant, RODNEY L. PARKER, shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of said violations, including, but not limited to, the following:

> MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in Counts One through Twenty-Six of this Indictment.

15. If, as a result of any act or omission of the defendant, any property subject to forfeiture:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the Court;

   d. has been substantially diminished in value; or

   e. has been commingled with other property which cannot be divided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of the defendant up to the value of the forfeitable property.

A true BILL

FOREPERSON

RYAN K. BUCHANAN
 *United States Attorney*

CHRISTOPHER J. HUBER
 *Assistant United States Attorney*
Georgia Bar No. 545627

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181